UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW STANDISH,

        Plaintiff,        Case No. 2:15-cv-10983

v.        Honorable Gerald E. Rosen
        Magistrate Judge Elizabeth A. Stafford

AMERICAN EXPRESS BANK, FSB

        Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having settled, the parties, by and through the undersigned counsel, hereby stipulate and agree that all claims that were asserted, could have been asserted, and/or should have been asserted in the above captioned matter are hereby dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs;

The Court being otherwise fully advised in the premises;

**IT IS ORDERED** that this action is dismissed with prejudice.

        s/Gerald E. Rosen
        Hon. Gerald E. Rosen
        United States District Judge

Dated: May 11, 2015

**STIPULATED AND AGREED TO:**

By: _/s/ W. Kent Carter_____
W. Kent Carter
Anthony A. Agosta (P57355)
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
(313) 965-8300
wcarter@clarkhill.com

Attorneys for Plaintiff

Dated:  May 11, 2015

By: /s/ Susan M. McKeever_____
Susan M. McKeever (P73533)
Bush, Seyferth & Paige, PLLC
3001 W. Big Beaver Road
Suite 600
Troy, MI 48084
(248) 822-7800
mckeever@bsplaw.com

Katheryn M. Lloyd (0075610)
Carpenter Lipps & Leland LLP
380 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
(614) 365-4100
lloyd@carpenterlipps.com

Attorney for Defendant

Dated:  May 11, 2015